IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMMANUEL S. YIRENKYI,<br>   Petitioner | : No. 3:25cv2414<br>:<br>: (Judge Munley) |
| v. | : |
| ANGELA HOOVER, Warden of the<br>Clinton County Correctional Facility,<br>et al.,<br>   Respondents | :<br>:<br>:<br>: |

## ORDER

**AND NOW,** to wit, this _2nd_ day of February 2026, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Emmanuel S. Yirenkyi's petition for writ of habeas corpus under 28 U.S.C. § 2241, (Doc. 1), is **GRANTED;**

2) Within thirty (30) days, respondents are directed to provide Yirenkyi with an individualized bond hearing before an immigration judge in compliance with the requirements set forth in <u>German Santos v. Warden Pike Cnty. Corr. Facility</u>, 965 F.3d 203, 213–14 (3d Cir. 2020), that is, the government must justify continued detention by clear and convincing evidence;

3) In the event that the government does not provide Yirenkyi with a bond hearing within this period, respondents shall release the petitioner from detention;

4) On or before **March 6, 2026**, respondents shall file a declaration or affidavit pursuant to 28 U.S.C. § 1746 confirming compliance with this court order;

5) Yirenkyi's motion to expedite, (Doc. 2), motion for temporary restraining order, (Doc. 3), and motion for temporary restraining order and request for preliminary injunctive relief, (Doc. 4), are **DISMISSED** as moot; and

6) The Clerk of Court is directed to close this case.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court